UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SIMON, | ) | No. CV 15-4925-JLS (PLA) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| C/O K. CLEMENTS, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that plaintiff's civil rights action is dismissed without leave to amend, and Judgment is entered dismissing this action with prejudice.

DATED: April 25, 2017

　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE